## HODGDON POWDER COMPANY, INC., Plaintiff–Cross Appellant,

v.

## CLEAN SHOT TECHNOLOGIES, INC., Defendant–Appellant.

### Nos. 02–1278, 02–1306.

United States Court of Appeals, Federal Circuit.

March 7, 2003.

Before MAYER, Chief Judge, MICHEL and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## Romeo M. RASING, Petitioner,

v.

## DEPARTMENT OF THE NAVY, Respondent.

### No. 02–3256.

United States Court of Appeals, Federal Circuit.

March 7, 2003.

Before MAYER, Chief Judge, RADER and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.